IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                              Civil No. 09-296-JM

Matthew Evangelista

### ORDER TO DISCOVER AND TO APPEAR FOR HEARING ON PERIODIC PAYMENT OF THE JUDGMENT

Upon Motion of the United States of America, it is

ORDERED that the defendant appear at the U.S. District Court for the District of New Hampshire, 55 Pleasant Street, Courtroom No. **B**, Concord, New Hampshire, on the **14th** day of **January**, 20**10**, at **9:30 a.m.**, for a hearing to establish a schedule for periodic payment of the judgment. It is further

ORDERED that the defendant, on the above-noted date, participate in the disclosure of his financial assets and liabilities by completing the financial statement attached hereto as Exhibit A, by providing copies of all documents listed on Exhibit B and by further answering any questions propounded by the plaintiff or the Court regarding his financial assets and liabilities and his ability to repay the judgment entered against him on November 12, 2009.

Dated at Concord, New Hampshire this **23rd** day of **December**, 2009.

                                                _/s/ James R. Muirhead_
                                                U.S. Magistrate Judge

cc:  U.S. Attorney
     Matthew Evangelista